JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION**

| | |
|---|---|
| OLEG SHLYAKHTER,<br><br>                   Petitioner,<br><br>     v.<br><br>WARDEN ADELANTO DETENTION, et al.,<br><br>                   Respondents. | Case No. EDCV 26-3215-JFW (AS)<br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and this action is dismissed without prejudice.

DATED: July 9, 2026

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE